**M. H. WEBB, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28122.

Court of Criminal Appeals of Texas.

Feb. 1, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Unlawful fondling is the offense; the punishment, five years' confinement in the penitentiary.

Appellant has filed his affidavit stating that he desires to have his appeal dismissed.

Accordingly, the appeal is dismissed.

**M. H. WEBB, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28123.

Court of Criminal Appeals of Texas.

Feb. 1, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Unlawful fondling of a minor female is the offense; the punishment, five years in the penitentiary.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.

**Elgin W. HANDY, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27981.

Court of Criminal Appeals of Texas.

Jan. 25, 1956.

Henry Taylor, Jr., Temple, for appellant.